**JS-6**

Stephen C. Neal (SBN 170085) nealsc@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Kathleen H. Goodhart (SBN 165659) kgoodhart@cooley.com
Jeffrey M. Gutkin (SBN 216083) jgutkin@cooley.com
Bethany C. Lobo (SBN 248109) blobo@cooley.com
Laura Elliott (SBN 286702) lelliott@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ATTORNEYS FOR ALL PLAINTIFFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FLORES, and MARY LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., et al.,<br><br>Defendants. | Case No. CV 14-01182-GW(PJWx)<br><br>**JUDGMENT**<br><br>Date Filed: August 18, 2016<br><br>**JUDGE:** Hon. George H. Wu |

For the reasons stated in the Court's July 7, 2016 Order Granting Defendants' Motion to Dismiss, ECF 77, and given Plaintiffs' statement that they were not seeking leave to replead any of the claims in their Complaint, Plaintiffs' Complaint and all claims for relief alleged therein are hereby **DISMISSED WITH PREJUDICE.**

The Court hereby enters judgment for Defendants and against Plaintiffs, dated *nunc pro tunc* to July 7, 2016.

**IT IS SO ORDERED**.

Dated: August 19, 2016

*George H. Wu*
_____
Honorable George H. Wu
United States District Judge

135252712